UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 22-21796-CIV-MORENO

JOSE BASULTO, and BROTHERS TO THE RESCUE, INC.,

        Plaintiffs,

vs.

NETFLIX, INC., a Delaware corporation, ORANGE STUDIOS, S.A., a French anonymous society, OLIVIER ASSAYAS, NOSTROMO PICTURES, S.L., a Spanish corporation, US ONE COMERCIO E SERVICIOS DE CRIACAO E PRODUCAO DE OBRAS COM DIREITOS AUTORAIS, LTD, a Brazilian limited company, CG CINEMA SASU, a French simplified joint stock company, RODRIGO TEXIEIRA, CHARLES GILLIBERT, and LOURENCO SANT' ANNA,

        Defendants.

_____/

## ORDER DENYING AS MOOT MOTION TO DISMISS

THIS CAUSE came before the Court upon the Foreign Defendants' Motion to Dismiss **(D.E. 25)**, filed on **October 20, 2022**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as moot in view of the filing of the Amended Motion to Dismiss.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 of October 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record