listening to them as they formulated the legislation that will help these communities to become strong.

A major component of this empowerment initiative is title II, which allows these communities to implement school choice. Not surprisingly, most of these community leaders made school choice a top priority in their list of essential components for the renewal of their communities.

According to the Center for Neighborhood Enterprise, 70 percent of low-income parents, who were aware of school choice opportunities, were supportive of school scholarships for their children. Their No. 1 comment was that in order to improve their communities, they must be able to have quality educational choices for their children.

I'd like to direct Members' attention today's Washington Times, page A3. The Associated Press is calling today the super Tuesday of school choice. There are a number school choice events happening today. Today in the other body, they voted on cloture of debate on the D.C. appropriations bill which includes choice scholarships for the low-income students of the District of Columbia. Unfortunately that vote failed by six votes.

In Milwaukee, Parents for School Choice is defending the Milwaukee plan before the Wisconsin Supreme Court and in St. Paul, MN, Governor Carlson's choice initiative will be debated.

In some parts of this great country, the state of education continues to decay. Despite solutions of more money, more bureaucracy, more regulation, and greater Federal intrusion into our schools, we would all agree things have gotten worse, not better.

Our children need the opportunity to pursue a good education. If this educational opportunity is outside their school district, they should have chance to take advantage of it and find their American dream through quality education.

A good education is a key ingredient in ending the cycle of poverty that entraps so many of our Nation's children. This empowerment initiative will liberate the parents of low-income children to choose a school that meets the educational needs of their children.

Mr. Speaker, the 104th Congress has been accused of not looking out for the poor and less advantaged, and simply being a voice for the rich. Well, Mr. Speaker, this bill will dispel that myth. In fact, it challenges these critics to match their rhetoric with their support for this proposal. This bill is targeted to the low-income families and communities—to the people who most need the opportunities of choice in education.

In an article in the Washington Times, Carol Innerst reported that public school teachers in troubled urban districts are much more likely to send their children to private schools than other Americans. A surprising 12.1 percent of all public school teachers and administrators send their children to private schools. In those public school systems considered the worst, an average 32 percent of the public school teachers and administrators send their children to a school outside of the district they work in, frequently to a private school.

I want to encourage my colleagues to seriously consider supporting the Community Renewal Project when it is introduced on the House floor. It is a wonderful project that spans both ideological and political platforms. it is a bill that well help Americans pursue the American dream.

───────

ILLEGAL CUBAN SHOOTDOWN WARRANTS PUNISHMENT OF CASTRO, BUT NOT DESPITE LONG-TERM UNITED STATES INTERESTS

The SPEAKER pro tempore. Under a previous order of the House, the gentleman from Colorado [Mr. SKAGGS] is recognized for 5 minutes.

Mr. SKAGGS. Mr. Speaker, the Castro regime has acted in callous violation of international law in shooting down two defenseless and clearly marked civilian aircraft. Whether or not the Brothers to the Rescue planes strayed into Cuban airspace hardly matters. No law permits a military fighter plane to shoot down an unarmed civilian aircraft. Civilized people everywhere are rightly outraged by these murders and by the disregard that the Castro regime has shown for human life and human rights.

The families of the pilots and crew who were killed have our sympathy in their tragic loss. These men were dedicated to a noble goal—freedom for the people of Cuba.

We are told that the Cuban MiG pilots made no effort to contact the Brothers to the Rescue pilots, to make the usual warning signals to them, or to escort their small airplanes from the area before firing on them. All this demonstrates a willful failure to follow the internationally agreed-upon rules for dealing with such a nonthreatening approach to national airspace.

Fidel Castro's desperate response reflects the nature of his regime. He's again shown us his contempt for international law and his need to isolate the Cuban people from the world community.

The steps the President has taken constitute, for the most part, a reasonable and measured response. The President has properly sought and won international condemnation for an act that flouts international law and norms. The President also has proposed legislation to enable him to use frozen Cuban assets to provide compensation to the victims' families. I expect to support that proposal. I also think it is reasonable to add some restrictions on travel at this time.

The President's call for expanding Radio Marti, however, makes sense if and only if Radio Marti is first cleaned-up. The problems that have plagued the operation of Radio Marti are legion and do not reflect well on the management of USIA's surrogate broadcasting programs. Now, more than ever, it is essential that Radio Marti be brought up to U.S. Information Agency standards for quality and accuracy of news broadcasts. Otherwise, expanding its operations will not serve U.S. interests.

I also do not agree with the President that it is in our national interest to cozy up to the Helms-Burton legislation, even in response to such an offensive provocation by the Cuban Government. If we tighten the embargo we will only be playing into Castro's hands by helping him to keep his people in a state of isolation and deprivation. As in the case of our other former and hold-over adversaries from the cold-war era, the best policy for the United States to follow, for its own self-interested reason and for purposes of reforming the political and economic system in Cuba, is a policy of tough-minded engagement.

The murderous attacks on the Brothers to the Rescue airplanes was an illegal and outrageous act. It is one for which Castro has to be punished. At the same time, we should not become captive to a limited ideology. Instead we should seek constructive ways to stand with the Cuban people in their struggle for freedom, and to serve the enlightened self-interest America has in a peaceful transition to political and economic freedom in Cuba.

───────

MISSILE DEFENSE

The SPEAKER pro tempore. Under the Speaker's announced policy of May 12, 1995, the gentleman from Pennsylvania [Mr. WELDON] is recognized for 60 minutes.

Mr. WELDON of Pennsylvania. Mr. Speaker, I rise this evening to speak, perhaps not for an hour but certainly for some time, on the issue of missile defense and partially in response to the administration's announcement of a little over a week ago in regard to their missile defense program for this fiscal year and the request to Congress which we anticipate receiving in the next several weeks.

### TRIBUTE TO MC LEAN STEVENSON

Mr. Speaker, before I get into that, let me make a few comments about the unfortunate passing during the February work period of McLean Stevenson. Most of our colleagues in this Congress and most of the people around the country know McLean Stevenson as a Hollywood star who made his fame primarily through the program ''M.A.S.H.''

However, I want to speak briefly about McLean Stevenson and his commitment to fire and life safety issues. McLean Stevenson, at a young age, was rescued from a house fire by a group of firefighters in his hometown, and because of that incident had a lifelong interest in promoting the welfare of firefighters in general and promoting the