# EXTENSIONS OF REMARKS

## CASTRO'S HEINOUS ACT

### HON. GARY L. ACKERMAN
#### OF NEW YORK
#### IN THE HOUSE OF REPRESENTATIVES
*Thursday, February 29, 1996*

Mr. ACKERMAN. Mr. Speaker, I rise today to decry the actions of Fidel Castro over the weekend and extend my condolences to the family members of the four victims.

Clearly, the shooting down of unarmed U.S. civilian aircraft is the heinous and unforgivable act of a rogue regime that ignores international law. Cuba's action is inexcusable and is, as Ambassador Albright said, ''cowardice''.

Brothers to the Rescue is a private group engaged in the humanitarian mission of plucking Cuban rafters out of the shark infested waters of the Florida Straits. The Brothers were on another such humanitarian mission last Saturday, in international airspace, when the Cuban Government scrambled two MiG fighters to intercept the three Cessnas. With only the vaguest of warnings, the fighters locked onto the small planes and blasted them from the sky leaving only oil slicks on the water below.

Mr. Speaker, such wanton disregard for international law cannot go unanswered, so the response to this appalling attack has been swift. The U.N. Security Council has condemned the Cuban actions, as has the European Union, the President has suspended charter air travel and will ask Congress to use some of the $100 million in frozen Cuban assets to compensate the families of the victims. In addition, the conferees yesterday reached agreement on H.R. 927, the Cuban Liberty and Democratic Solidarity Act. These steps, taken together, will dramatically increase the pressure on the Castro regime.

Mr. Speaker, I ask my colleagues to join me in condemning the shooting down of civilian planes and to continue our work for a free and democratic Cuba.

## TRIBUTE TO JACQUELINE CHARITY

### HON. EDOLPHUS TOWNS
#### OF NEW YORK
#### IN THE HOUSE OF REPRESENTATIVES
*Thursday, February 29, 1996*

Mr. TOWNS. Mr. Speaker, I am pleased to recognize Jacqueline Charity, who serves as deputy director for access and compliance with the New York City Board of Education, for her years of service. Ms. Charity has amassed an impressive resume of selfless service in the cause of educating young people. She has been directly responsible for programs targeted at talented and gifted students, in addition to her outstanding supervision of the College Bound Program. Recognizing that it is essential for students to be competitive in math and sciences, Ms. Charity undertook the challenge to establish a math-science program at Stuyvesant High School.

Jacqueline attended primary and secondary school in Brooklyn, and received her undergraduate degree from Brooklyn College, and her masters degree from New York University.

A devoted mother and wife, Jackie finds the time to provide extensive community service in her church and for numerous civic organizations. Among her numerous awards is recognition from the Jack and Jill organization and the YWCA. Jacqueline maintains her spiritual center by serving as a eucharistic minister/lay reader at St. Phillips Episcopal Church. I am pleased to be able to bring the accomplishment of this noted Brooklyn educator to the attention of my colleagues.

## B'NAI B'RITH TO HONOR PAULINE FRIEDMAN

### HON. PAUL E. KANJORSKI
#### OF PENNSYLVANIA
#### IN THE HOUSE OF REPRESENTATIVES
*Thursday, February 29, 1996*

Mr. KANJORSKI. Mr. Speaker, I rise today to bring to the attention of my colleagues the accomplishments of Ms. Pauline Friedman who will receive the Seligman J. Strauss Lodge's highest honor, the Community Service Award. Ms. Friedman will be honored at the Lodge's 52d Annual Lincoln Day Dinner.

The Community Service Award is presented each year to one outstanding citizen who, by his or her leadership and dedication on behalf of humanity, has made a valuable contribution to the betterment of community living. Pauly Friedman, with her many accomplishments, certainly meets the criteria for this award. She serves on the boards of the Family Service Association of Wyoming Valley, the Ethics Institute of Northeastern Pennsylvania, Interfaith Council of Penn State University Wilkes-Barre Campus, and St. Vincent DePaul Soup Kitchen. In addition, Pauly serves the Jewish Community Center of the Wyoming Valley, the Joint Committee of the Scranton Catholic Diocese, and the Jewish Community to Advance Jewish-Catholic Dialogue as a board member. She is also a member of the Wilkes University Council and the King's College Council.

Ms. Friedman founded the League of Home Health Services and the Friends of Family Services. She also served as the president of many leading community service organizations including the Visiting Nurses Association of Greater Pittston, Home Health Services of Luzerne County, Family Services Association of the Wyoming Valley, Pennsylvania Council of Family Service Agencies, Home Care Management of Luzerne County, and the Art Gallery of College Misericordia.

Pauly has served on the board of trustees of Temple Israel and on the boards of the Junior Leadership of Wilkes-Barre, Jewish Home of Eastern Pennsylvania, Salvation Army of Greater Pittston, and the Broadway Theater of Northeastern Pennsylvania. She was a member of the Penn State University Alumni Council and served as the vice president of the United Way of Wyoming Valley and the Northeastern Pennsylvania Philharmonic. She also chaired the women's division of the United Jewish Appeal Campaign and was secretary of the Luzerne/Wyoming Counties Mental Health Care organization.

Mr. Speaker, I have had the distinct pleasure of working with Pauly on her most recent project—her effort to bring better health care to the children of Eastern Europe. Ms. Friedman organized physicians who took their knowledge and medical supplies to Eastern Europe to help the young people of the region. Pauly then founded a nonprofit foundation to continue this noble work.

Mr. Speaker, we do not often get the chance to honor someone with such strong experience in volunteerism. Her spirit of commitment to her community is legendary in the Wyoming Valley.

Pauly Friedman has a deep understanding of the values that have made our country the greatest nation in the world. It is obvious to all who know her that she believes giving of oneself is the greatest gift of all. We in northeastern Pennsylvania extend our deepest appreciation to Pauline Friedman for a lifetime of commitment to improving the quality of life of the citizens of her community.

## A TRIBUTE TO BERKELEY-CARROLL SCHOOL

### HON. CHARLES E. SCHUMER
#### OF NEW YORK
#### IN THE HOUSE OF REPRESENTATIVES
*Thursday, February 29, 1996*

Mr. SCHUMER. Mr. Speaker, I rise today to congratulate the Berkeley-Carroll School of Park Slope for their achievement in receiving the U.S. Department of Education's Blue Ribbon award. Berkeley-Carroll is well known throughout Brooklyn and New York State for its high standard of academic excellence coupled with a strong parent-teacher-student community that nurtures the individual strengths of each student. I am inspired by the unique curriculum of Berkeley-Carroll and congratulate them as they provide a national model of educational achievement.

What I find particularly noteworthy about the curriculum at Berkeley-Carroll is their commitment to civic duty and community activism. Each student is required to fulfill a minimum of 50 hours of community service, however, most students do more. This spirit of giving back to the community as part of one's course work, especially in an era where most have turned inward, is truly remarkable. Such an innovative component to a student's intellectual development as a problem solver provides the groundwork for future leadership skills.

I have always admired the teachers and parents of Berkeley-Carroll for encouraging their students to become active participants in their communities. In addition to completing their public service requirement, students are

---

● This ''bullet'' symbol identifies statements or insertions which are not spoken by a Member of the Senate on the floor.

Matter set in <u>this typeface</u> indicates words inserted or appended, rather than spoken, by a Member of the House on the floor.