UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:22-21796-CIV-MORENO/GOODMAN

JOSE BASULTO, and BROTHERS TO
THE RESCUE, INC.,

    Plaintiffs,

v.

NETFLIX, INC., a Delaware corporation,
ORANGE STUDIOS, S.A., a French anonymous
society, OLIVIER ASSAYAS, an individual,
NOSTROMO PICTURES, SL, a Spanish
corporation, US ONE COMERCIO
E SERVICIOS DE CRIACAO E PRODUCAO
DE OBRAS COM DIREITOS AUTORAIS, LTD, a
Brazilian limited company, CG CINEMA, SASU,
a French simplified joint stock company, RODRIGO
TEIXEIRA, an individual, CHARLES GILLIBERT,
an individual, and LOURENCO SANT'ANNA, an
individual,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT BY INTERLINEATION

THIS CAUSE came before the Court upon Plaintiffs JOSE BASULTO, and BROTHERS TO THE RESCUE, INC. (collectively, "Plaintiffs") Unopposed Motion to Amend Complaint by Interlineation (the "Unopposed Motion"). [ECF No. 192]. The Court has considered the Unopposed Motion, the pertinent portion of the record, and

being otherwise fully advised in the premises, it is hereby **ORDERED** and **ADJUDGED** that:

1. The Unopposed Motion is **GRANTED**.

2. Plaintiffs shall file the Notice attached to their Unopposed Motion, which Notice shall serve to amend their Complaint by interlineation as stated in the Notice.

3. All prior pleadings and papers in this case are deemed to read CG Cinema International whenever they reflect CG Cinema, SASU.

4. All prior pleadings and papers in this case are deemed to read Orange Studio, S.A. whenever they reflect Orange Studios, S.A.

5. The caption of this action is corrected to read as it does in the Notice attached to the Unopposed Motion.

**DONE AND ORDERED**, in Chambers, in Miami, Florida, on June 9, 2023.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Federico A. Moreno
All counsel of record