UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 22-21796-CIV-MORENO

JOSE BASULTO, and BROTHERS TO THE
RESCUE, INC.,

        Plaintiffs,

vs.

NETFLIX, INC., et al.,

        Defendants.
_____/

### ORDER OF CONTINUANCE

THIS CAUSE came before the Court upon a *sua sponte* review of the record. It is

**ADJUDGED** that the trial is **CONTINUED** from the two-week period commencing August 28, 2023, to the two-week period commencing **February 12, 2024**, in Miami, Florida. Counsel must appear at Calendar Call which shall take place before the undersigned at the Wilkie D. Ferguson Federal Courthouse, 400 North Miami Avenue, Courtroom 12-2, Miami, Florida 33128, on **Tuesday, February 6, 2024, at 2:00 p.m.**

The District Court will defer to Magistrate Goodman to modify the present scheduling order as he sees fit.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th of June 2023.

                                            FEDERICO A. MORENO
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Jonathan Goodman
Counsel of Record