**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 1:22-cv-21796-Moreno/Goodman**

JOSE BASULTO, an individual, and
BROTHERS TO THE RESCUE, INC., a
Florida not-for-profit corporation,

        Plaintiffs,

v.

NETFLIX, INC., a Delaware corporation,
ORANGE STUDIOS, S.A., a French anonymous society,
OLIVIER ASSAYAS, an individual, NOSTROMO
PICTURES, SL, a Spanish corporation, US ONE
COMERCIO E SERVICIOS DE CRIACAO E
PRODUCAO DE OBRAS COM DIREITOS
AUTORAIS, LTD, a Brazilian limited company,
CG CINEMA, SASU, a French simplified
joint stock company, RODRIGO TEXIEIRA,
an individual, CHARLES GILLIBERT, an individual,
and LOURENÇO SANT'ANNA, an individual,

        Defendants.
_____/

## JOINT NOTICE REGARDING RESCHEDULED HEARING ON DEFENDANT NETFLIX, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to this Court's Order dated July 24, 2023 [D.E. 248], Defendant Netflix, Inc. ("Netflix") and Plaintiffs Jose Basulto and Brothers to the Rescue, Inc. (collectively, "Plaintiffs," and together with Netflix, the "Parties") hereby file this notice regarding the rescheduled hearing on Netflix's Motion for Summary Judgment [D.E. 158].

The Parties appreciate the Court's consideration in requesting their availability for the rescheduled hearing and its indulgence in offering a remote hearing. The Parties prefer an in-person hearing and are available for the rescheduled hearing on the following dates: August 14, 2023; the morning of August 15, 2023; August 25, 2023; September 8, 2023; September 11, 2023; and the afternoon of September 14, 2023.

1

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), the undersigned certify that counsel for the Parties conferred with one another to determine the mutually agreeable dates and setting listed above.

Dated:  July 27, 2023                                      Respectfully submitted,

**PRYOR CASHMAN LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (786) 582-3010
Facsimile:  (786) 582-3004


*s/ James G. Sammataro*
William L. Charron (admitted *pro hac vice*)
Tom J. Ferber (admitted *pro hac vice*)
James G. Sammataro
Florida Bar No. 520292
Felicity S. Kohn (admitted *pro hac vice*)
tferber@pryorcashman.com
wcharron@pryorcashman.com
jsammataro@pryorcashman.com
fkohn@pryorcashman.com

*Attorneys for Defendant Netflix, Inc.*


**HIRZEL DREYFUSS & DEMPSEY, PLLC**
121 Alhambra Plz., Suite 1500
Miami, Florida 33134
Telephone: (305) 615-1617


*s/ Andre Dreyfuss*
Leon F. Hirzel
Florida Bar No. 085966
hirzel@hddlawfirm.com
Andre Dreyfuss
Florida Bar No. 94868
dreyfuss@hddlawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send Notices of Electronic Filing to all counsel of record.

*s/ James G. Sammataro*
James G. Sammataro