UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 22-21796-CIV-MORENO

JOSE BASULTO, and BROTHERS TO THE
RESCUE, INC.,

        Plaintiffs,

vs.

NETFLIX, INC., a Delaware corporation,
ORANGE STUDIOS, S.A., a French
anonymous society, OLIVIER ASSAYAS,
NOSTROMO PICTURES, S.L., a Spanish
corporation, US ONE COMERCIO E
SERVICIOS DE CRIACAO E PRODUCAO
DE OBRAS COM DIREITOS AUTORAIS,
LTD, a Brazilian limited company, CG
CINEMA SASU, a French simplified joint
stock company, RODRIGO TEXIEIRA,
CHARLES GILLIBERT, and LOURENCO
SANT' ANNA,

        Defendants.
_____/

## ORDER SETTING HEARING

THIS CAUSE came before the Court upon the Plaintiffs' Objections to Report and Recommendation on Defendant Netflix, Inc.'s Motion for Summary Judgment **(D.E. 270.** It is

**ADJUDGED** that a hearing shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on **January 23, 2024 at 10:00 AM**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this _8_ of January 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record