# CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE **FEDERICO A. MORENO** Presiding

Case No. 22-21796-CV-MORENO　　　　Date: January 24, 2024

Clerk: **Shirley Christie**　　　　Reporter: **Gilda Pastor-Hernandez**

**Basulto, et al v. Netflix, Inc, et al**

Reason for hearing: **Miscellaneous Hearing**

TIME: 40 minutes