UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 22-21796-CIV-MORENO

JOSE BASULTO, and BROTHERS TO THE
RESCUE, INC.,

      Plaintiffs,

vs.

NETFLIX, INC., a Delaware corporation, and
OLIVIER ASSAYAS,

      Defendants.
_____/

### ORDER DISMISSING CASE WITHOUT PREJUDICE AS TO DEFENDANT OLIVIER ASSAYAS

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record and the last recorded date of various proceedings. On January 17, 2024, the Court issued an Order to Show Cause why the complaint in this case was not served on Defendant Olivier Assayas in compliance with Federal Rule of Civil Procedure 4(m). On January 23, 2024, Plaintiffs announced in Open Court that they were dismissing Defendant Olivier Assayas from the case.

**ADJUDGED** that this case is DISMISSED without prejudice as to Defendant Olivier Assayas for failure to serve the complaint in compliance with Federal Rule 4(m).

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd of January 2024.

                                                                    FEDERICO A. MORENO
                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record