UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 22-21796-CIV-MORENO

JOSE BASULTO, and BROTHERS TO THE
RESCUE, INC.,

        Plaintiffs,

vs.

NETFLIX, INC., a Delaware corporation,
OLIVIER ASSAYAS, NOSTROMO
PICTURES, S.L., a Spanish corporation, US
ONE COMERCIO E SERVICIOS DE
CRIACAO E PRODUCAO DE OBRAS COM
DIREITOS AUTORAIS, LTD, a Brazilian
limited company, CG CINEMA SASU, a
French simplified joint stock company,
RODRIGO TEXIEIRA, CHARLES
GILLIBERT, and LOURENCO SANT'
ANNA,

        Defendants.
_____/

## NOTICE OF COURT PRACTICE UPON PARTIES' NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon the parties' Notice of Settlement in Open Court on **January 23, 2024**.

The Court advised the parties to file their stipulation of dismissal by no later than **January 30, 2024 at noon**. If the parties do not comply with this order, then the Court will proceed with oral argument on **February 1, 2024 at 10:00 AM**.

DONE AND ORDERED in Open Court at Miami, Florida, this 23rd of January 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record